# EXHIBIT A

**CONSENT TO JOIN FORM**

1. I consent to be a party plaintiff in a lawsuit against Defendants Casey's General Stores, Inc., Casey's Marketing Company, and Casey's Retail Company, and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. I hereby designate the Shavitz Law Group, P.A., Hepworth Gershbaum & Roth PLLC, and Cohen & Malad LLP to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3. I also consent to join any other related action against Defendants or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

*Summer Kessler*
_____
Signature

Summer kessler
_____
Print Name